IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

| | |
|---|---|
| MURPHY MITCHELL, #220979 | § |
| | § |
| v. | § CIVIL ACTION NO. G-04-659 |
| | § |
| DOUG DRETKE, DIRECTOR | § |
| OF TDCJ-CID | § |

## FINAL JUDGMENT

For the reasons stated in this Court's Order entered on the same date herewith, this action is **DISMISSED WITHOUT PREJUDICE**.

**THIS IS A FINAL JUDGMENT**.

**DONE** at Galveston, Texas this 21st day of July, 2005.

_____
SAMUEL B. KENT
UNITED STATES DISTRICT JUDGE